IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-03172-RBJ

BRADLEY G. INSCOE,

    Plaintiff,

v.

BRIM HEALTHCARE OF COLORADO, LLC, a/k/a IASIS HEALTH CARE, LLC d/b/a PIKES PEAK REGIONAL MEDICAL CENTER a/k/a PIKES PEAK REGIONAL HOSPITAL; and DOLORES HORVATH, SHERILYN DAVIDSON and ARIANNE RANDOLPH, jointly and severally in their individual capacities,

    Defendants.

## ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the parties' Stipulation of Dismissal that the parties have resolved this matter, it is therefore ORDERED that this action is DISMISSED with PREJUDICE.

DATED this 6th day of May, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge